IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTWAN IMOB SLATER,

    Plaintiff,

v.

                                        Case No. 17-cv-417-wmc

CORRECTIONAL OFFICER LERRIX,
LT. ANDERSON, CAPT. PITZEN,
SECURITY DIRECTOR WEBER,
WARDEN MICHAEL DITTMAN and
DOC SECRETARY JON LITSCHER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 6/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |