UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTWAN IMOB SLATER,

    Plaintiff,

V.                    Case No. 2017-CV-417-wmc

LARRIX ET AL,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Antwan Imob Slater, plaintiff in the above case hereby appeal to the U.S. Court of Appeals for the 7th Circuit from the final judgment entered in this action on the 1st day of March, 2021

Dated this 28 day of March, 2021.

                                          Antwan Slater
                                          Antwan Imob Slater #471227
                                          John Burke Correctional Center
                                          PO Box 900
                                          Waupun, WI 53963